IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Head, Cleven

Printed:  7/15/08

Case Number:  05 B 12423
Judge:  Wedoff, Eugene R
Filed:  4/4/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 26, 2007
Confirmed: June 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,841.37 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 4,818.69 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,685.00 |
| Trustee Fee: |  | 337.68 |
| Other Funds: |  | 0.00 |
| Totals: | 6,841.37 | 6,841.37 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,685.00 | 1,685.00 |
| 2. | Jefferson Capital | Unsecured | 332.06 | 197.53 |
| 3. | T Mobile USA | Unsecured | 37.38 | 16.76 |
| 4. | United Student Aid Funds Inc | Unsecured | 4,611.30 | 2,743.04 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 2,772.00 | 1,648.93 |
| 6. | Illinois Dept Of Employment Sec | Unsecured | 357.12 | 212.43 |
| 7. | Dr Wiley Offices | Unsecured |  | No Claim Filed |
| 8. | FCNB Preferred Charge | Unsecured |  | No Claim Filed |
| 9. | Excalibur I LLC | Unsecured |  | No Claim Filed |
| 10. | Sinai Medical Group | Unsecured |  | No Claim Filed |
| 11. | Providian Financial | Unsecured |  | No Claim Filed |
| 12. | SBC | Unsecured |  | No Claim Filed |
| 13. | Blockbuster | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 9,794.86 | $ 6,503.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 27.32 |
| 5.5% | 188.47 |
| 5% | 40.92 |
| 4.8% | 79.38 |
| 5.4% | 1.59 |
|  | _____ |
|  | $ 337.68 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Head, Cleven | Case Number:  05 B 12423 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/15/08 | Filed:  4/4/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

